JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MONACO BAZZO, <br> Plaintiff, <br> v. <br> DEBBIE ASUNCION, et al., <br> Defendants. | Case No. CV 16-07730 CJC (RAO) <br><br> JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: September 11, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE